# United States Court of Appeals for the Federal Circuit

2007-5174

AMERICAN AIRLINES, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

James W. Poirer, Trial Attorney, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, filed a petition for panel rehearing for defendant-appellant. With him on the petition were Michael F. Hertz, Acting Assistant Attorney General, and Jeanne E. Davidson, Director.

Adam P. Feinberg, Miller & Chevalier Chartered, of Washington, DC, filed a response to the petition for plaintiff-appellee.

Appealed from: United States Court of Federal Claims

Judge Susan G. Braden

# United States Court of Appeals for the Federal Circuit

2007-5174

AMERICAN AIRLINES, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in Case No. 04-CV-1736, Judge Susan G. Braden.

ON PETITION FOR REHEARING

Before NEWMAN, MAYER, and SCHALL, <u>Circuit Judges.</u>

<u>O R D E R</u>

The petition for panel rehearing is granted to the extent of the "errata" sheet issued concurrently herewith.

FOR THE COURT

| | |
|---|---|
| __April 6, 2009__ | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:  James W. Poirier, Esq.
     Adam P. Feinberg, Esq.